No. 10–8997. HANSEN v. ALLENDORF ET AL. Ct. App. Minn. Certiorari denied.

No. 10–9004. FLETCHER v. GAETZ, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 10–9007. GRAY v. McDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9013. GALLISHAW v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–9016. MANZUR v. WILLIAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9034. HINTON v. CITY OF NASHUA, NEW HAMPSHIRE, ET AL. Sup. Ct. N. H. Certiorari denied.

No. 10–9036. McDONALD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9037. DARBY v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 10–9040. RAMEY v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9054. CONRAD v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTE. C. A. 9th Cir. Certiorari denied.

No. 10–9059. KACZMAREK v. REDNOUR, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–9061. LEE v. FEDERAL EMERGENCY MANAGEMENT AGENCY ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9088. BAKER v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–9092. BERRY v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.